IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RICHARD C. MEAGHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-1284-CV-W-DW |
| ) | |
| JOSEPH P. McGUIRK, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

Pursuant to the parties' stipulation of dismissal (Doc. 20), the Court hereby ORDERS that this case is DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs and fees. The clerk of court shall mark this case as closed.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: December 12, 2006